JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Lopez,<br><br>        Plaintiff,<br><br>   v.<br><br>Hanshing Li, et al.,<br><br>        Defendants. | No.  CV 14-1273 PA (JPRx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's November 17, 2014 order granting the Application for Default Judgment filed by plaintiff Daniel Lopez ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    Defendant Hanshing Li ("Defendant") shall pay to Plaintiff the total amount of $5,020.00 (itemized as statutory damages of $4,000.00, attorneys' fees of $600.00, and costs of $420.00);

    2.    Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a); and

//

//

//

3. Defendant is ordered to provide accessible parking at 1435 N. Waterman Avenue, San Bernardino, California, in compliance with the Americans with Disabilities Act and the Unruh Civil Rights Act.

DATED: November 14, 2014

_____
Percy Anderson
United States District Judge